THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* SETH BIRD et al., Respondents.

(Argued October 28, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term, and affirmed an order denying a motion for a new trial.

*E. T. Lovatt* for appellant.

*Henry C. Griffin* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ALFRED LAWRENCE et al., Appellants, *v.* NICHOLAS H. FREE-LAND et al., Respondents.

(Argued October 28, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*E. T. Lovatt* for appellants.

*Henry C. Griffin* for respondent.

Agree to dismiss appeal on authority of *Wood* v. *Leany* (124 N. Y. 83); no opinion.
All concur.
Appeal dismissed.